IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) CIVIL ACTION NO. |
| Plaintiff, | ) ) 3:18-CV-0101 |
| v. | ) ) Judge Campbell/Brown |
| WEST MEADE PLACE LLP, d/b/a THE HEALTHCARE CENTER AT WEST MEADE PLACE, | ) ) ) ) ) |
| Defendant. | ) |

**PLAINTIFF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF OTHER MEDICAL ISSUES**

Plaintiff Equal Employment Opportunity Commission moves under Federal Rules of Evidence 401, 402, and 403 to bar Defendant West Meade Place LLP from offering or eliciting any testimony regarding other medical issues of Claimant Carma Kean, aside from the disability which is the subject of this litigation - anxiety. Evidence regarding Ms. Kean's other medical issues are irrelevant. Such evidence lacks any probative value, would unfairly prejudice the Commission, would confuse the issues in the case and mislead the jury.

For the reasons stated above, the Commission respectfully requests that the Court grant its motion.

The Commission submits a proposed Order with this motion.

Respectfully submitted,

SHARON FAST GUSTAFSON
General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

FAYE A. WILLIAMS
Regional Attorney
TN Bar No. 011730

MARKEISHA K. SAVAGE
Trial Attorney
TN Bar No. 024693

s/ *Mark Chen*
MARK CHEN
Trial Attorney
TN Bar No. 014268

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Nashville Area Office
220 Athens Way, Suite 350
Nashville, TN 37228-9940
(615) 736-5784
mark.chen@eeoc.gov

CERTIFICATE OF SERVICE

I certify that on October 21, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

Stephen W. Elliott (TN BPR 020062)
**HOWELL & FISHER, PLLC**
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201-1107

*Attorney for Defendant*

s/ *Mark Chen*
Mark Chen