IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | NO. 3:18-cv-00101 |
| v. | ) ) | JUDGE CAMPBELL |
| WEST MEADE PLACE, LLP, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court are the parties' motions in limine. For the reasons stated on the record at the hearing, the Court's rulings on the motions are as follows:

1. Plaintiff's Motion *in Limine* to exclude evidence other lawsuits (Doc. No. 119) is **GRANTED** as unopposed, subject to being raised at trial if such evidence becomes relevant as trial progresses.

2. Plaintiff's Motion *in Limine* regarding the medical records of Carma Kean (Doc. No. 120) is **GRANTED**, subject to being raised at trial if such evidence becomes relevant as trial progresses.

3. Plaintiff's Motion *in Limine* regarding other EEOC charges (Doc. No. 121) is **GRANTED**, subject to being raised at trial if such evidence becomes relevant as trial progresses.

4. Plaintiff's Motion *in Limine* regarding the EEOC's administrative filings (Doc. No. 122) is **GRANTED** as unopposed.

5. Plaintiff's Motion *in Limine* regarding opinion testimony by Dr. Hashmat and Carma Kean (Doc. No. 123) is **RESERVED** to be addressed at trial.

6. Defendant's Motion *in Limine* 1 to exclude the audio recording (Doc. No. 56) is **DENIED** without prejudice to raising contemporaneous objections at trial.

7. Defendant's Motion *in Limine* 2 to bifurcate the trial (Doc. No. 57) is **GRANTED**.

8. Defendant's Motion *in Limine* 4 to prohibit previously undisclosed mitigation evidence (Doc. No. 59) is **GRANTED** as unopposed.

9. Defendant's Motion *in Limine* 5 to exclude evidence of conciliation between the parties, the Notice of Charge of Discrimination by the EEOC, and the reasonable cause determination by the EEOC (Doc. No. 60) is **GRANTED in part** and **DENIED in part.** Plaintiff may address the jurisdictional elements of the claim, without prejudice to Defendant raising contemporaneous objections at trial.

10. Defendant's Motion *in Limine* 6 to exclude evidence of Theresa Jarvis' testimony in other lawsuits (Doc. No. 112) is **DENIED** without prejudice to raising contemporaneous objections at trial.

11. Defendant's Motion *in Limine* 7 to exclude Exhibit 4 to Dr. Hashmat's deposition (Doc. No. 113) is **DENIED** without prejudice to raising contemporaneous objections at trial.

12. Defendant's Motion *in Limine* 8 to exclude lay person testimony regarding Carma Kean's medical diagnoses and/or conditions (Doc. No. 114) is **DENIED** without prejudice to raising contemporaneous objections at trial.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE