IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | NO. 3:18-cv-00101 JUDGE CAMPBELL |
| WEST MEADE PLACE, LLP, | ) ) ) | |
| Defendant. | ) | |

## VERDICT FORM

1. Do you find that the Equal Employment Opportunity Commission has proven by a preponderance of the evidence that West Meade Place, LLP terminated Carma Kean because it regarded her as having a physical or mental impairment?

 ____✓____ YES  _____ NO

*If you answered "Yes" to Question 1, proceed to Question 2. If you answered "No" to Question No. 1, skip the remaining questions and have the Foreperson sign and date this form.*

2. If you answered "Yes" to Question 1, what amount of compensatory damages should be awarded to Ms. Kean for this violation of the ADA?

 $ __6080__
 (Amount of damages)

*If you answered "Yes" to Question 1, proceed to Question 3. If you answered "No" to Question 1, skip Question 3 and have the Foreperson sign and date this form.*

3.  If you answered "Yes" to Question 1, do you find that Ms. Kean should be awarded punitive damages against West Meade Place, LLP?

　　　　　　　　　YES　　　　　✓　NO

Please sign and date this form and return it to the Court.

_____
Jury Foreperson

_____10-25-22_____
Date