# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT ) | |
| OPPORTUNITY COMMISSION, ) | |
| ) | |
| Plaintiff, ) | NO. 3:18-cv-00101 |
| ) | |
| v. ) | JUDGE CAMPBELL |
| ) | |
| WEST MEADE PLACE, LLP, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried, and the jury has returned its verdict.

It is **ORDERED AND ADJUDGED** that the jury found in favor of the Plaintiff, the Equal Employment Opportunity Commission and awarded $6,000 in compensatory damages to claimant Carma Kean.

As ordered at the conclusion of the trial, the parties shall submit either a joint notice or separate briefing on the issues of injunctive relief and back pay.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE